# EXHIBIT "B"

| Date | Description | Atty/LA | Hours | Amount |
|---|---|---|---|---|
| | **Rosie Grimm v. Plush Beauty Bar *2038.01*** | | | |
| 5/20/2014 | Intial client interview and fact gathering. Review client's documents with client. | 1 | 2 | $950.00 |
| 5/21/2014 | Research re defendants & service addresses | 2 | 0.7 | $262.50 |
| 5/21/2014 | Review additional client documents. | 1 | 0.5 | $237.50 |
| 5/21/2014 | Draft review and revise complaint. | 1 | 2 | $950.00 |
| 5/22/2014 | Review/edit complaint | 2 | 1 | $375.00 |
| 7/8/2014 | Conference with client regarding case status. | 1 | 0.2 | $95.00 |
| 8/5/2014 | Correspondence with TB re joint conference report | 2 | 0.1 | $37.50 |
| 8/20/2014 | Draft, review and revise joint conference report. | 1 | 1.2 | $570.00 |
| 8/21/2014 | Review and revise draft discovery | 1 | 2.1 | $997.50 |
| 8/21/2014 | Review/edit discovery requests | 2 | 0.3 | $112.50 |
| 8/26/2014 | Rule 26 Conference | 1 | 0.5 | $237.50 |
| 8/26/2014 | Draft review and revise Joint Conference Report and Discovery Order | 1 | 1.1 | $522.50 |
| 8/27/2014 | Saved and filed Joint Proposed Scheduling and Discovery Order | 3 | 0.4 | $40.00 |
| 8/27/2014 | Edited Proposed Scheduling Order into Appendix A format and resubmitted Filing | 3 | 0.8 | $80.00 |
| 8/29/2014 | Conference with client regarding case status and potential dates for deposition. | 1 | 0.2 | $95.00 |
| 9/2/2014 | Draft review and revise Rule 26 initial disclosures | 1 | 0.6 | $285.00 |
| 9/2/2014 | Review documents to be produced with Rule 26 initial disclosures | 1 | 0.5 | $237.50 |
| 9/2/2014 | Redacted Production & Assembled Production | 3 | 0.7 | $70.00 |
| 9/9/2014 | Conference with opposing counsel regarding status of defendants discovery responses. | 1 | 0.3 | $142.50 |
| 9/23/2014 | Review court's scheduling order and calendar responsive dates. | 3 | 0.4 | $40.00 |
| 9/23/2014 | Review scheduling order & discuss deadlines with NC | 2 | 0.3 | $112.50 |
| 9/29/2014 | Review document production from Defendants | 1 | 0.5 | $237.50 |
| 9/29/2014 | Review documents produced by Defendants | 2 | 0.5 | $187.50 |
| 9/29/2014 | Draft review and revise first request for Admissions to defendant | 1 | 1.2 | $570.00 |
| 9/29/2014 | Review/edit RFA | 2 | 0.6 | $225.00 |
| 10/6/2014 | Review interrogatory responses from Defendants | 1 | 0.5 | $237.50 |
| 10/6/2014 | Draft letter to opposing counsel regarding discovery deficiency. | 1 | 0.5 | $237.50 |
| 10/6/2014 | Review/edit letter to opposing counsel | 2 | 0.1 | $37.50 |
| 10/10/2014 | Correspondence with opposing counsel | 1 | 0.2 | $95.00 |
| 10/10/2014 | Review correspondence between TB and opposing counsel | 2 | 0.1 | $37.50 |
| 10/13/2014 | Review supplemental interrogatory responses from Defendants | 1 | 0.1 | $47.50 |
| 10/13/2014 | Correspondence with opposing counsel | 1 | 0.2 | $95.00 |
| 10/13/2014 | Review supplemental interrogatory responses & TB correspondence with opposing counsel | 2 | 0.2 | $75.00 |
| 10/27/2014 | Correspondence with opposing counsel regarding discovery deficiencies | 1 | 0.1 | $47.50 |
| 11/4/2014 | Review additional document production from defendants. | 1 | 0.2 | $95.00 |
| 11/4/2014 | Correspondence with opposing counsel regarding motion to compel | 1 | 0.4 | $190.00 |
| 11/4/2014 | Review documents produced by Defendants & correspondence between TB and opposing counsel | 2 | 0.3 | $112.50 |
| 11/11/2014 | Correspondence with opposing counsel regarding deposition dates | 1 | 0.1 | $47.50 |
| 11/12/2014 | Correspondence with opposing counsel regarding deposition dates | 1 | 0.1 | $47.50 |

| Date | Description | | | |
|---|---|---|---|---|
| 11/12/2014 | Review correspondence between TB and opposing counsel | 2 | 0.1 | $37.50 |
| 11/13/2014 | Correspondence with opposing counsel regarding deposition dates | 1 | 0.1 | $47.50 |
| 11/13/2014 | Draft deposition notice for Brandy Moore | 3 | 0.2 | $20.00 |
| 11/13/2014 | Review deposition notice for Brandy Moore | 1 | 0.2 | $95.00 |
| 11/19/2014 | Conference call with defense counsel | 1 | 0.5 | $237.50 |
| 11/30/2014 | Conference with client regarding case status | 1 | 0.1 | $47.50 |
| 12/1/2014 | Correspondence with opposing counsel regarding depositions | 1 | 0.3 | $142.50 |
| 12/3/2014 | Prepare for the deposition of Brandy Moore | 1 | 5.5 | $2,612.50 |
| 12/4/2014 | Deposition of Brandy Moore | 1 | 4.5 | $2,137.50 |
| 12/4/2014 | Conference with client regarding deposition of Brandy Moore | 1 | 0.8 | $380.00 |
| 12/8/2014 | Conference with counsel for Defendants regarding additional witness discovery and contact information and whether counsel will accept subpoena | 1 | 0.2 | $95.00 |
| 12/23/2014 | Correspondence with counsel for Defendants regarding depositions | 1 | 0.1 | $47.50 |
| 12/23/2014 | Correspondence with CC regarding MSJ | 1 | 0.2 | $95.00 |
| 12/23/2014 | Research re MSJ - commissions and tips | 2 | 2.5 | $937.50 |
| 12/29/2014 | Prepare for the deposition of Shawn Moore | 1 | 3.8 | $1,805.00 |
| 12/29/2014 | Draft review and revise motion for summary judgment | 1 | 3.3 | $1,567.50 |
| 12/29/2014 | Prepare for the continued deposition of Brandy Moore | 1 | 2.5 | $1,187.50 |
| 12/30/2014 | Non-Appearance of Brandy Moore & Shawn Moore | 1 | 1 | $475.00 |
| 12/30/2014 | Draft review and revise motion for summary judgment | 1 | 4.4 | $2,090.00 |
| 12/30/2014 | Correspondence with opposing counsel regarding settlement | 1 | 0.2 | $95.00 |
| 12/30/2014 | Correspondence with CC regarding settlement | 1 | 0.1 | $47.50 |
| 1/2/2015 | Draft review and revise motion for sanctions for non-appearance | 1 | 2.1 | $997.50 |
| 1/2/2015 | Assemble exhibits and prepare motion for sanction for filing | 3 | 1 | $100.00 |
| 1/5/2015 | Draft, review and revise Emergency Motion for Extension of MSJ | 1 | 1.3 | $617.50 |
| 1/5/2015 | Prepped and Filed Emergency Motion for Extension of MSJ | 3 | 0.6 | $60.00 |
| 1/6/2015 | Finalize MSJ | 1 | 0.6 | $285.00 |
| 1/7/2015 | Correspondence with CC regarding MSJ | 1 | 0.3 | $142.50 |
| 1/7/2015 | Review/edit MSJ | 2 | 2.3 | $862.50 |
| 1/7/2015 | Revise motion for summary judgment | 1 | 0.8 | $380.00 |
| 1/7/2015 | Prepped and Filed MSJ | 3 | 1 | $100.00 |
| 1/25/2015 | Review correspondence from Court regarding courtesy copy | 1 | 0.1 | $47.50 |
| 1/25/2015 | Discuss courtesy copy with NC | 1 | 0.1 | $47.50 |
| 1/25/2015 | Prepare and mail courtesy copy | 3 | 0.4 | $40.00 |
| 1/29/2015 | Review notice of appearance of Bryan Sample | 1 | 0.1 | $47.50 |
| 1/31/2015 | Correspondence with opposing counsel | 1 | 0.2 | $95.00 |
| 2/5/2015 | Draft review and revise 2nd request for production to defendants | 1 | 0.2 | $95.00 |
| 2/11/2015 | Review order resetting deadlines. | 1 | 0.1 | $47.50 |
| 2/11/2015 | Review and calendar reset deadlines. | 3 | 0.1 | $10.00 |
| 3/5/2015 | Conference with opposing counsel regarding deadline to respond to discovery requests. | 1 | 0.1 | $47.50 |
| 3/16/2015 | Review Defendants' response to RFA | 1 | 0.1 | $47.50 |
| 3/16/2015 | Review Defendants' response to RFA | 2 | 0.1 | $37.50 |
| 3/16/2015 | Correspondence with CC regarding amended MSJ | 1 | 0.1 | $47.50 |
| 3/16/2015 | Draft review and revise amended MSJ | 1 | 2 | $950.00 |
| 3/16/2015 | Review correspondence from Court re amended MSJ filing error & correct error | 2 | 0.3 | $112.50 |
| 3/16/2015 | Prepped and Filed Amended MSJ | 3 | 0.7 | $70.00 |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 3/17/2015 | Conference with client regarding case status. | 1 | 0.1 | $47.50 |
| 3/27/2015 | Conference with opposing counsel regarding extending discovery deadlines and deadline to respond to MSJ. | 1 | 0.2 | $95.00 |
| 4/1/2015 | Review motion for extension of time to complete discovery filed by Defendants | 1 | 0.3 | $142.50 |
| 4/1/2015 | Review Motion to Extend Discovery | 2 | 0.3 | $112.50 |
| 4/2/2015 | Correspondence with CC regarding motion to extend discovery | 1 | 0.3 | $142.50 |
| 4/7/2015 | Draft response to motion to extend discovery deadline | 2 | 0.8 | $300.00 |
| 4/8/2015 | Draft response to motion to extend discovery | 2 | 1.8 | $675.00 |
| 4/13/2015 | Draft response to motion to extend | 2 | 1.9 | $712.50 |
| 4/14/2015 | Review and revise response to motion to extend discovery | 1 | 0.5 | $237.50 |
| 4/14/2015 | Review/edit response to motion to extend discovery | 2 | 0.4 | $150.00 |
| 4/15/2015 | Review/edit response to motion to extend & exhibits | 2 | 0.6 | $225.00 |
| 4/15/2015 | Correspondence with CC regarding response to motion to extend | 1 | 0.2 | $95.00 |
| 4/15/2015 | Review Exhibits to response to motion to extend | 1 | 0.2 | $95.00 |
| 4/15/2015 | Prepped and filed response to Def Motion to extend Discovery Deadlines | 3 | 0.5 | $50.00 |
| 4/19/2015 | Review reply re motion to extend discovery | 2 | 0.2 | $75.00 |
| 4/19/2015 | Review Defendants Reply to Plaintiffs response to Motion to Extend time. | 1 | 0.4 | $190.00 |
| 4/19/2015 | Correspondence with CC regarding reply re motion to extend | 1 | 0.3 | $142.50 |
| 4/22/2015 | Draft review and revise Plaintiff's surreply in support of Defendants' motion to extend time. | 1 | 1.5 | $712.50 |
| 4/22/2015 | Review/edit surreply | 2 | 0.3 | $112.50 |
| 4/22/2015 | Correspondence with CC regarding surreply | 1 | 0.4 | $190.00 |
| 4/22/2015 | Prepped and filed Sur Reply | 3 | 0.5 | $50.00 |
| 5/19/2015 | Review order denying motion to extend discovery | 2 | 0.2 | $75.00 |
| 5/19/2015 | Review order granting MSJ | 2 | 0.3 | $112.50 |
| 5/19/2015 | Review order denying motion for extension of time and order granting motion for summary judgment and conference with the client regarding the same. | 1 | 0.8 | $380.00 |
| 5/19/2015 | Correspondence with opposing counsel regarding settlement | 1 | 0.1 | $47.50 |
| 5/19/2015 | Prepare billing records | 2 | 2 | $750.00 |
| 5/22/2015 | Correspondence with opposing counsel regarding settlement | 1 | 0.1 | $47.50 |
| 5/25/2015 | Draft Fee Affidavit | 2 | 1 | $375.00 |
| 5/26/2015 | Draft Fee Application | 2 | 2.5 | $937.50 |
| | | | | |
| | Total Time for Attorney 1 - TB (1) at $475.00 | | 56.7 | $26,932.50 |
| | Total Time for Attorney 2 - CC (2) at $375.00 | | 21.8 | $8,175.00 |
| | Total Time for Paralegal at $100.00 | | 7.3 | $730.00 |
| | | | | |
| | TOTAL | | 85.8 | $35,837.50 |

### (EXPENSES ONLY)

| Date | Description | Amount |
|---|---|---|

| | | |
|---|---|---|
| 5/22/2014 | Court Filing Fees | $400.00 |
| 5/30/2014 | Service - Hudspeth Info. Mngm, LLC (Brandy Moore & Plush Agent) | $130.00 |
| 5/31/2014 | Service - Hudspeth Info. Mngm, LLC ( Shawn Moore plus Trip Charge) | $75.00 |
| 12/30/2014 | Cert. of Non-Appearance BM | $192.25 |
| 12/31/2014 | Cert. of Non-Appearance SM | $192.75 |
| 1/12/2015 | CRC- Depo of Brandy Moore | $1,115.60 |
| 1/26/2015 | Special Delivery - To Judge Mazzant | $201.71 |
| 3/24/2015 | FedEx to Mazzant | $23.90 |
| | | |
| | | $2,331.21 |