# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ROSIE GRIMM, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:14-cv-329 |
| BRANDY MOORE, SHAWN MOORE § | |
| and THE O'HARA GROUP, INC., § | JURY TRIAL REQUESTED |
| d.b.a. PLUSH BEAUTY BAR, § | |
| § | |
| *Defendants.* § | |

## ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Before the Court is Plaintiff's Motion to For Attorneys' Fees and Costs. The Court, having reviewed the Motion is of the opinion that the Motion should be, and therefore is, GRANTED.

SO ORDERED.